CUSHMAN & WAKEFIELD, INC., Respondent, v. GENERAL MOTORS CORPORATION, Appellant.— No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.

B. H. KRUEGER, INC., Appellant, v. BERNHARD H. KRUEGER, Respondent, and RUTH FLASTER et al., Defendants-Appellants.— No opinion. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.; Glennon and Cohn, JJ., dissent and vote to affirm.

HANS BIE, Respondent, v. GREAT ATLANTIC & PACIFIC TEA COMPANY, Appellant.— Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.

GLADYS OKYLE, Individually and as Administratrix of the Estate of JULIUS OKYLE, Deceased, as Stockholder and Creditor of HIGHBRIDGE FAMILY LAUNDRY SERVICE, INC., on Her Own Behalf and on Behalf of Stockholders or Creditors Similarly Situated, Plaintiff, v. HIGHBRIDGE FAMILY LAUNDRY SERVICE, INC., et al., Defendants. MARK L. GILLER, as Substituted Receiver of HIGHBRIDGE FAMILY LAUNDRY SERVICE, INC., Appellant; LOUIS L. SCHWARTZ et al., Respondents.— No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ. [179 Misc. 153.]

In the Matter of NEW YORK TITLE AND MORTGAGE COMPANY (Series FW). MARTIN T. BIRMINGHAM et al., Appellants; SUPERINTENDENT OF INSURANCE OF THE STATE OF NEW YORK, as Liquidator of NEW YORK TITLE AND MORTGAGE COMPANY, et al., Respondents.— No opinion. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.

FRANCES STEPHENS, Respondent, v. ELIZABETH ARDEN et al., Appellants.— No opinion. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.

LEON B. KWARTLER v. REBECCA I. KWARTLER.— Settle order on notice. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.